GRAY M. RESTAINO
United States Attorney
District of Arizona

MATTHEW WILLIAMS
Assistant U.S. Attorney
Arizona State Bar No. 029059
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: matthew.williams3@usdoj.gov

GLEN S. LEON
Chief
Criminal Division, Fraud Section
U.S. Department of Justice

SHANE BUTLAND
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue NW
Washington, D.C. 20005
Telephone: 202-286-1177
Email: Shane.Butland2@usdoj.gov
Attorneys for Plaintiff

☒ FILED   ☐ LODGED

Jan 21 2025

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.   CR-25-00090-PHX-DWL (JZB) |
| Plaintiff, | **NOTICE OF RELATED CASES** |
| vs. | |
| Daylon Bennett, | |
| Defendant. | |

Pursuant to Local Rule 5.l, the United States of America, by and through its attorneys undersigned, hereby gives notice to the court that this case is directly related to another pending criminal case U.S. v Alexandra Gehrke and Jeffrey King (CR-24-01040-PHX-ROS), U.S. v. Bethany Jameson (CR-24-01068-PHX-DWL), and U.S. v. Carlos Ching (CR-24-01075-PHX-GMS). The case of U.S. v Alexandra Gehrke and Jeffrey King

1  (CR-24-01040-PHX-ROS) is the primary case in this matter to which each of these cases
2  are related.

4        Respectfully submitted this 17th day of January, 2025.

                                        GARY M. RESTAINO
                                        United States Attorney
                                        District of Arizona

                                         *s/Matthew Williams*
                                        MATTHEW WILLIAMS
                                        Assistant U.S. Attorney

                                        GLENN S. LEON
                                        Chief
                                        Criminal Division, Fraud Section

                                         *s/Shane Butland*
                                        SHANE BUTLAND
                                        Trial Attorney
                                        Department of Justice, Fraud Section