TODD A. SPODEK
State Bar No. 4489399
Spodek Law Group, P.C.
The Woolworth Building
233 Broadway, Suite 710
New York, NY 10279
Mobile: (347) 292-8633
ts@spodeklawgroup.com
Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>     vs.<br><br>DAYLON BENNETT,<br><br>                              Defendant. | Case No.: CR-25-00090-PHX-DWL<br><br>**DEFENDANT'S UNOPPSED SECOND MOTION TO CONTINUE SENTENCING DATE** |

Counsel for the Defendant and Assistant United States Attorney Shane Butand have met conferred and jointly believe that additional time is necessary prior to proceeding with Defendant's sentencing, which is currently set for October 20, 2025. After conferring, the Parties believe that a continuance of ninety (90) days will best serve the interests of justice and permit the Court to have the benefit of a fully developed record at the time of sentencing. Accordingly, the Parties jointly request an Order, continuing Defendant's sentencing from October 20, 2025, to **January 20, 2026.** Further, in support, counsel declares as follows:

    1) On February 10, 2025, the Defendant entered a plea of guilty, and the Court set a date for his sentencing hearing for October 20, 2025, at 2:30 p.m.

2) A first motion to continue was filed on April 22nd, 2025 and sentencing was continued.

3) This second motion to continue is made for the reasons set forth, *supra*, and a proposed Order is annexed hereto.

4) This request is not made for purposes of delay, but rather to ensure that all relevant considerations are before the Court.

**WHEREFORE**, Defendant respectfully requests that the Court continue Defendant's sentencing hearing from October 20, 2025 to **January 20, 2026**, and to further adjust all associated filing deadlines consistent with the newly ordered sentencing date.

Dated this 3rd of October, 2025

        SPODEK LAW GROUP, P.C.

        Attorneys for Defendant

        */s/ Todd A. Spodek*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 3rd day of October 2025, I electronically filed the foregoing **UNOPPOSED SECOND MOTION TO CONTINUE SENTENCING DATE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Shane Butland, the Assistant United States Attorney handling this case.