**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>DAYLON BENNETT,<br>Defendant. | Case No.: CR-25-00090-PHX-DWL<br>**PROPOSED ORDER** |

Upon motion of Defendant, with no objection from the Government, and good cause appearing:

**IT IS ORDERED** that Defendant's sentencing, currently scheduled for October 20, 2025, be continued to **January 20, 2026.**

Dated this 3rd day of October, 2026.

HONORABLE DOMINIC W. LANZA
United States District Judge