TODD A. SPODEK
State Bar No. 4489399
Spodek Law Group P.C.
The Woolworth Building
233 Broadway, Suite 710
New York, NY 10279
(212) 300-5916
ts@spodeklawgroup.com
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAYLON BENNETT,<br><br>Defendant. | Case No.: 2:25-cr-00090-DWL-1<br><br>**DEFENDANT'S UNOPPOSED THIRD MOTION TO CONTINUE SENTENCING DATE** |

Counsel for Defendant and Assistant United States Attorney Shane Butland have conferred and are in agreement that additional time is warranted before sentencing proceeds. The parties believe that a continuance of three hundred and sixty five (365) days will best serve the interests of justice and permit the Court to have the benefit of a fully developed record at the time of sentencing. Accordingly, the Parties jointly request an Order, continuing Defendant's sentencing from July 26, 2026, to on or about **July 8,**

**2027**. Further, in support, counsel declares as follows:

1) On February 10, 2025, the Defendant entered a plea of guilty, and the Court set a date for his sentencing hearing for May 5, 2025, at 3:15 PM.

2) A first motion to continue was filed on April 22, 2025 and sentencing was continued to October 20, 2025 at 2:30 PM.

3) A second motion to continue was filed on October 3, 2025 and sentencing was continued to January 26, 2026 at 3:30 PM.

4) A third motion to continue was filed on January 5, 2026 and sentencing was continued to July 27, 2026 at 11:00 AM.

5) This request is not made for purposes of delay, but rather to ensure that all relevant considerations are before the Court.

**WHEREFORE**, Defendant respectfully requests that the Court continue the sentencing hearing for three hundred and sixty five (365) days from July 27, 2026 to on or about **July 8**, **2027** and adjust all associated filing deadlines consistent with the new sentencing date.

Dated this 8th of July, 2026

Spodek Law Group P.C.
Attorneys for Defendant
*/s/ Todd A. Spodek*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 8th day of July 2026, I electronically filed the foregoing **UNOPPOSED FOURTH MOTION TO CONTINUE SENTENCING DATE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Shane Butland, the Assistant United States Attorney handling this case.