**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

UNITED STATES OF AMERICA,
Plaintiff,
vs.
DAYLON BENNETT,
Defendant.

Case No.: 2:25-cr-00090-DWL-1

**PROPOSED ORDER**

Upon motion of Defendant, with no objection from the Government, and good cause appearing:

**IT IS ORDERED** that Defendant's sentencing, currently scheduled for July 26, 2026, be continued to **________, 2027.**

Dated this ______day of July, 2026

______________________________
HONORABLE DOMINIC W. LANZA
United States District Judge